CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
LEAH A. BYNON, ASSISTANT U.S. ATTORNEY
970 Broad Street, Room 700
Newark, New Jersey 07102
(973) 645-2736

December 9, 2008

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. HAROLD A. ACKERMAN |
| PLAINTIFF, | : | CRIMINAL NO. 00-776 -001 |
| v. | : | |
| MARIA NUNEZ, | | |
| | : | ORDER |
| DEFENDANT. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 16th day of December, 2008

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: _Harold A. Ackerman_
HONORABLE HAROLD A. ACKERMAN
JUDGE, U.S. DISTRICT COURT